BRETT TOLMAN, United States Attorney (#8821)
TRINA A. HIGGINS, Assistant United States Attorney (#7349)
Attorneys for the United States of America
185 South State Street, Suite #300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 524-4137



FILED
U.S. DISTRICT COURT

2007 MAY 30 P 3: 09

DISTRICT OF UTAH

SEALED

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIO. 18 U.S.C. § 2252A(a)(2), Possession of Child Pornography; |
| vs. | VIO. 18 U.S.C. § 2422(b), Coercion and Enticement for Illegal Sexual |
| STEVEN M. TRUJILLO, | Activity. |
| Defendant. | Case: 2:07-cr-00354<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 05/30/2007<br>Description: USA v. |

The Grand Jury charges:

### COUNT I
(18 U.S.C. § 2252A(a)(2))

On or about January 18, 2007, and on a date previous unknown to the Grand Jury, in the Central Division of the District of Utah and elsewhere,

STEVEN M. TRUJILLO,

defendant herein, knowingly possessed computers and other materials containing images of child pornography that were mailed, shipped, and transported in interstate and foreign

1

commerce by any means, including by computer, and which images were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and attempted to do so; all in violation of 18 U.S.C. § 2252A(a)(5)(B).

## COUNT II
(18 U.S.C. § 2422(b))

Between January 18, 2007 and February 1, 2007, in the Central Division of the District of Utah,

STEVEN M. TRUJILLO,

defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of 18 U.S.C. § 2422(b).

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
TRINA A. HIGGINS
Assistant United States Attorney