BRETT L. TOLMAN, United States Attorney (#8821)
TRINA HIGGINS, Assistant United States Attorney (#7349)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Facsimile: (801) 325-3357

___

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

___

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:07 CR 354 DAK |
| Plaintiff, | : | |
| vs. | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS |
| STEVEN M. TRUJILLO, | : | |
| Defendant. | : | |
| | : | |

___

Pursuant to DUCrimR 32-1(b), the United States of America states that it disputes no sentencing factors in the Presentence Report submitted by the United States Probation Office.

DATED this 21st day of April, 2008.

                                                          BRETT L. TOLMAN
                                                          United States Attorney


                                                      /s/ Trina Higgins
___

                                                          TRINA HIGGINS
                                                          Assistant United States Attorney

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING FACTORS was provided to the following parties named below this 21st day of April, 2008:

Nyal C. Bodily
290 West Center Street
P.O. Box L
Provo, Utah  84603-0200

Karl L. Richins
United States Probation Officer
160 U. S. Courthouse
350 South Main Street
Salt Lake City, Utah 84101

/s/  *Valerie Maxwell*