NYAL C. BODILY #9621
ESPLIN │WEIGHT
290 West Center St.
P.O. Box L
Provo, UT 84603
Telephone: (801) 373-4912
Facsimile: (801) 373-4964
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | POSITION OF PARTY WITH RESPECT TO SENTENCING |
| Plaintiff, | : | FACTORS |
| vs. | : | Case No.: 2:07-CR-00354 DAK |
| STEVEN TRUJILLO, | : | |
| Defendant. | : | Honorable Dale A. Kimball |

    The Defendant, Steven Trujillo, by and through his attorney of record, Nyal C. Bodily, hereby submits the following response to the Pre-Sentence Report in the instant case.

    Defendant has reviewed the Pre-sentence Report prepared by the U.S. Probation Office and has no objection to the offense level or criminal history calculations reflected in the Pre-Sentence Report.

1

Dated this 5th day of May 2008.

                                            /s/ Nyal C. Bodily
                                            Of Attorneys for Steven Trujillo

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I sent a true and correct copy of the foregoing POSITION OF PARTY WITH RESPECT TO SENTENCING FACTORS to the parties named below by electronic filing or first class United States mail:

Trina A. Higgins
Special Assistant United States Attorney
185 South State Street, Ste 400
Salt Lake City, UT 84111

Karl L. Richins
United States Probation Officer
Frank E. Moss Courthouse
350 South Main Street, Room 160
Salt Lake City, UT    84101

Dated this 5th day of May 2008.

/s/ Nyal C. Bodily
ESPLIN │ WEIGHT